Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12059−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yeidy H. Henao
   907−88th St
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−3679

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/22/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 23, 2019
JAN: mcp

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                    Case No. 18-12059-VFP
Yeidy H. Henao                                                            Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Jan 23, 2019
                               Form ID: 148                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db             +Yeidy H. Henao,    907-88th St,   North Bergen, NJ 07047-5233
517311917      +CAP1/L&T,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
517311921      +CBNA,    PO BOX 6282,   SIOUX FALLS, SD 57117-6282
517311930      +LIBERTY SVNGS FED CR U,    666 NEWARK AVE,   JERSEY CITY, NJ 07306-2398
517311933     #+Mercy O. Orbe Henao,    5802 Meadowview Ave., Apt 1H,    North Bergen, NJ 07047-3225
517311935      +NSTAR/COOPER,    350 HIGHLAND,   HOUSTON, TX 77009-6623
517311936      +Parker McCay, P.A.,    P.O. Box 5054,   Mount Laurel, NJ 08054-5054
517311937      +RUSHMORE LOAN MGMT SER,    15480 LAGUNA CANYON RD S,    IRVINE, CA 92618-2132
517328838      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517446678      +U.S. Bank National Association, as,    Trustee for the RMAC Trust-Series 2016-C,
                 c/o Rushmore Loan Management Services,    PO Box 52708,   Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 23:50:31     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 23:50:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jan 24 2019 04:08:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517311915      +EDI: GMACFS.COM Jan 24 2019 04:08:00     ALLY FINANCIAL,   200 RENAISSANCE CTR,
                 DETROIT, MI 48243-1300
517406624      +E-mail/Text: bk@avant.com Jan 23 2019 23:51:17     Avant,   222 N. LaSalle St.,    Ste. 1700,
                 Chicago IL 60601-1101
517311916      +EDI: CAPITALONE.COM Jan 24 2019 04:08:00     CAP ONE,   26525 N RIVERWOODS BLVD,
                 METTAWA, IL 60045-3440
517311918       EDI: CAPITALONE.COM Jan 24 2019 04:08:00     CAPITAL ONE,   15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238
517311922      +EDI: CHASE.COM Jan 24 2019 04:08:00     CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517311923      +EDI: CRFRSTNA.COM Jan 24 2019 04:08:00     CREDIT FIRST N A,   POB 81315,
                 CLEVELAND, OH 44181-0315
517311924      +EDI: RCSFNBMARIN.COM Jan 24 2019 04:08:00     CREDIT ONE BANK NA,    PO BOX 98875,
                 LAS VEGAS, NV 89193-8875
517311925      +EDI: DISCOVER.COM Jan 24 2019 04:08:00     DISCOVER FIN SVCS LLC,    PO BOX 15316,
                 WILMINGTON, DE 19850-5316
517311926       EDI: DISCOVER.COM Jan 24 2019 04:08:00     DISCOVER FINANCIAL SER,    PO BOX 30954,
                 SALT LAKE CITY, UT 84130
517311927      +EDI: TSYS2.COM Jan 24 2019 04:08:00     DSNB MACYS,   PO BOX 8218,    MASON, OH 45040-8218
517311928       EDI: IRS.COM Jan 24 2019 04:08:00     Internal Revenue Services,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517446999       EDI: JEFFERSONCAP.COM Jan 24 2019 04:08:00     Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517311929      +EDI: CBSKOHLS.COM Jan 24 2019 04:08:00     KOHLS/CHASE,   N56 W 17000 RIDGEWOOD DR,
                 MENOMONEE FALLS, WI 53051-7096
517311932      +EDI: TSYS2.COM Jan 24 2019 04:08:00     MCYDSNB,   PO BOX 8218,    MASON, OH 45040-8218
517416576      +EDI: MID8.COM Jan 24 2019 04:08:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517440972       EDI: PRA.COM Jan 24 2019 04:08:00     Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,
                 POB 41067,    Norfolk VA 23541
517432209       EDI: Q3G.COM Jan 24 2019 04:08:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517311938      +EDI: SEARS.COM Jan 24 2019 04:08:00     SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
517311939      +EDI: RMSC.COM Jan 24 2019 04:08:00     SYNCB/ASHLEY FURNITURE,    C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
517311940      +EDI: RMSC.COM Jan 24 2019 04:08:00     SYNCB/LOWES,   PO BOX 965005,    ORLANDO, FL 32896-5005
517311942      +EDI: RMSC.COM Jan 24 2019 04:08:00     SYNCB/PC RICHARD,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
517311943      +EDI: RMSC.COM Jan 24 2019 04:08:00     SYNCB/PC RICHARD,    C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
517315396      +EDI: RMSC.COM Jan 24 2019 04:08:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517311944      +EDI: TFSR.COM Jan 24 2019 04:08:00     TOYOTA MOTOR CREDIT CO,    PO BOX 9786,
                 CEDAR RAPIDS, IA 52409-0004
517931937       EDI: BL-BECKET.COM Jan 24 2019 04:08:00     Toyota Lease Trust,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517311946      +EDI: WFFC.COM Jan 24 2019 04:08:00     WELLS FARGO BANK,    PO BOX 14517,
                 DES MOINES, IA 50306-3517
                                                                                              TOTAL: 29
```

```
District/off: 0312-2            User: admin                Page 2 of 2            Date Rcvd: Jan 23, 2019
                                Form ID: 148               Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517311919*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517311920*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517311931*       +LIBERTY SVNGS FED CR U,    666 NEWARK AVE,    JERSEY CITY, NJ 07306-2398
517311934*       +Mercy O. Orbe Henao,    5802 Meadowview Ave., Apt 1H,    North Bergen, NJ 07047-3225
517311941*       +SYNCB/LOWES,    PO BOX 965005,    ORLANDO, FL 32896-5005
517311945*       +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
                                                                                             TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Yeidy H. Henao rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```